UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS COLE BANKS,<br><br>   Plaintiff,<br><br>   v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>   Defendant. | Case No. 2:23-cv-01219-JAD-EJY<br><br>**ORDER** |

On August 3, 2023, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff failed to include her inmate trust fund account statement for the previous six-month period. Even if Plaintiff has not been at the Clark County Denter Center facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates she has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that on or before **September 8, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court a copy of her **inmate prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a copy of Plaintiff's inmate prison or jail trust fund account statement for the previous six-month period on or before **September 8, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file her case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 7th day of August, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2