UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Gladys Cole Banks, | Case No. 2:23-cv-01219-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| Clark County Detention Center, *et al.*, | |
| Defendants. | |

Plaintiff, a former inmate, initiated this action on August 3, 2023 by submitting an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint. ECF Nos. 1, 1-1. Plaintiff filed a second IFP for inmates on August 31, 2023. ECF No. 4. On April 18, 2024, Plaintiff filed a Notice of change of address indicating she is no longer incarcerated. ECF No. 6. In light of the foregoing, the Court denies Plaintiff's IFP applications for inmates as moot and directs Plaintiff to either pay the $402 filing fee to commence a civil action in federal court or file an IFP application by a non-prisoner.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's applications to proceed *in forma pauperis* for inmates (ECF Nos. 1, 4) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff a copy of this Order and the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing the same.

IT IS FURTHER ORDERED that on or before **May 31, 2024**, Plaintiff **must** either (1) file a complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the filing fee of $402 to commence a civil action.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **May 31, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice

allows Plaintiff to file her case with the Court, under a new case number when she is able to file an application to proceed *in forma pauperis* by a non-prisoner.

DATED this 24th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE